UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  CV-16-573-R                                                Date: OCTOBER 24, 2016

Title:   UNICOLORS INC. -V.- FINETHREADS INC., et al.
==================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                               None Present
   Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

      Plaintiff Unicolors Inc. filed a Notice of Dismissal on October 21, 2016 (Docket No. 26) against the last remaining defendant Finethreads, Inc.  This case is hereby dismissed. All dates are hereby vacated and off calendar, and the Clerk's Office is directed to close this case (JS-6).

    IT IS SO ORDERED.